# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-22529-CMA

MARICELA MATA, *et al.*, as individuals and on behalf of all others similarly situated,

    Plaintiffs,

v.

EXPEDIA, INC. *et al.*,

    Defendants.

## MOTION FOR ENTRY OF ORDER DISMISSING CERTAIN PARTIES FOLLOWING THE SECOND AMENDED COMPLAINT AND INCORPORATED MEMORANDUM OF LAW

Former Defendant Meliá Hotels USA, LLC ("Meliá USA") seeks entry of the attached Proposed Order to dismiss certain plaintiffs and defendants dropped as parties from Plaintiffs' Second Amended Complaint. In support therefore, Meliá USA states as follows:

1.    On December 9, 2019, the Court granted Plaintiffs' Unopposed Motion for Leave to Amend Complaint. ECF No. 57.

2.    On the same day, Plaintiffs filed a Second Amended Complaint. ECF No. 63.

3.    The Second Amended Complaint eliminated several plaintiffs and defendants that were named in Plaintiffs' Amended Complaint.

4.    In particular, Plaintiffs dropped the following individuals as named plaintiffs: Mario Echevarria, Esther Sanchez, Consuelo Cuevas, Carmen Florido, Margarita Perkins, Ana M. Perez Perkins, Elena Susy Perez Perkins, Maria Del Carmen Perkins, Ricardo Perkins, Paul Perkins, Bill Perkins, Esther Perkins, Luis A. Perkins, Silvia Milian, Santiago D. Milian, Patricia

A. Milian, Edward G. Milian, Susan M. Blackmon, Cristina M. Ganz, Rosa Maria Fernandez Milian, Ingrid Fernandez Milian, Jaime Fernandez Milian, Alex Fernandez Milian, Vivian Viurrun Farrell, Bertha Eugenia Bustamante, Raoul G. Cantero, Anuka G. Cantero, Mario G. Cantero, Eugenio Cantero, Adriana Cantero, Maria De Lourdes Cantero, Evelio Angulo Ramos, Silvia Angulo Ramos, Yoan Arturo Angulo Ledon, and Martha L. Garcia Angulo.

5. In the Second Amended Complaint, Plaintiffs dropped the following individuals/entities as named defendants: Meliá Hotels International, S.A., Meliá Hotels USA LLC, Trivago GmbH, Grupo Hotelero Gran Caribe, Corporacion de Comercio y Turismo Internacional Cubanacan S.A., Grupo de Turismo Gaviota S.A., Raul Doe 1-5, and Mariela Roe 1-5.

6. Meliá USA requests entry of the attached Proposed Order which (1) dismisses the plaintiffs and defendants who are omitted from the Second Amended Complaint; (2) restyles the caption of the case to reflect the actual parties; and (3) removes counsel for the omitted plaintiffs and defendants from the notice list.

7. The Proposed Order is necessary to ensure a clean record in this matter and to avoid confusion as to which individuals or entities are parties to the case.

8. Indeed, in a related lawsuit, Judge Moreno *sua sponte* entered a similar order after plaintiffs filed an amended complaint omitting certain plaintiffs and defendants. *See* Exhibit A.

9. Counsel for Meliá USA contacted counsel for each of the parties via email on December 11, 2019 and again on December 18, 2019, requesting consent to this motion.

10. Counsel for all Defendants indicated that they do not oppose the motion.

11. Counsel for Plaintiffs have not responded to Meliá USA.

**Local Rule 7.1 Certification**

In accordance with S.D. Fla. L. R. 7.1(a)(3), counsel for Meliá Hotels USA LLC has conferred with counsel for the other parties. All Defendants responded that they do not oppose the motion. Plaintiffs did not respond to Meliá USA.

Dated:   December 20, 2019.

Respectfully submitted,

COFFEY BURLINGTON, P.L.
2601 South Bayshore Drive, Penthouse
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile:  (305) 858-5261

By: */s/ Scott A. Hiaasen*
Scott A. Hiaasen, Esq., FBN 103318
Paul J. Schwiep, Esq., FBN 823244
shiaasen@coffeyburlington.com
pschwiep@coffeyburlington.com
lperez@coffeyburlington.com
yvb@coffeyburlington.com
service@coffeyburlington.com

ARENT FOX LLP

James H. Hulme
(*pro hac vice*)
Nadia A. Patel
(*pro hac vice*)
1717 K Street NW
Washington, DC 20006
Telephone:  (202) 857-6000
Facsimile:  (202) 857-6395
Email:  james.hulme@arentfox.com
         nadia.patel@arentfox.com

*Counsel for Defendant Meliá Hotels USA, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served December 20, 2019, by electronically filing the foregoing document with the Clerk of the Court using CM/ECF, which will serve on all counsel of record a Notice of Electronic Filing generated by CM/ECF.

/s/ Scott Hiaasen

Scott A. Hiaasen

| SERVICE LIST<br>*Mata, et al. v. Melia Hotels International, S.A., et al.*<br>Case No. 19-22529-CIV-WILLIAMS ||
|---|---|
| **Andres Rivero, Esq.**<br>**Jorge A. Mestre, Esq.**<br>**Alan H. Rolnick, Esq.**<br>**Carlos A. Rodriguez, Esq.**<br>arivero@riveromestre.com<br>jmestre@riveromestre.com<br>arolnick@riveromestre.com<br>crodriguez@riveromestre.com<br>RIVERO MESTRE LLP<br>2525 Ponce De Leon Blvd., Suite 1000<br>Coral Gables, Florida 33134<br>Telephone: (305) 445-2500<br>Facsimile:  (305) 445-2505<br><br>*Attorneys for Plaintiff* | **Manuel Vazquez, Esq.**<br>mvaz@mvazlaw.com<br>MANUEL VAZQUEZ, P.A.<br>2332 Galiano Street, Second Floor<br>Coral Gables, Florida 33134<br>Telephone: (305) 445-2344<br>Facsimile:  (305) 445-4404<br><br>*Attorneys for Plaintiff* |

| | |
|---|---|
| **Lolita T. Sosa, Esq.**<br>lolita.sosa@akerman.com<br>debra.atkinson@akerman.com<br>AKERMAN LLP<br>Three Brickell City Centre<br>98 Southeast Seventh Street, Suite 1100<br>Miami, Florida 33131<br>Telephone: (305) 374-5600<br>Facsimile: (305) 349-4656<br><br>*Attorneys for Defendants Expedia, Inc.; Hotels.com L.P.; Hotels.com GP, LLC; Orbitz, LLC; and Travelocity.com, LP* | **Martin Domb, Esq. - (*admitted pro hac vice*)**<br>martin.domb@akerman.com<br>AKERMAN LLP<br>666 Fifth Avenue, 20th Floor<br>New York, New York 10103<br>Telephone: (212) 880-3800<br>Facsimile: (212) 880-8965<br><br>*Attorneys for Defendants Expedia, Inc.; Hotels.com L.P.; Hotels.com GP, LLC; Orbitz, LLC; and Travelocity.com, LP* |
| **L. Andrew S. Riccio, Esq.**<br>andrew.riccio@bakermckenzie.com<br>BAKER & McKENZIE LLP<br>452 Fifth Avenue<br>New York, New York 10018<br>Telephone: (212) 626-4100<br>Facsimile: (212) 391-1697<br><br>*Attorneys for Booking Holdings Inc. and Booking.com B.V.* | **Michael A. Duffy, Esq. – (*admitted pro hac vice*)**<br>michael.duffy@bakermckenzie.com<br>**Michael C. McCutcheon, Esq. –**<br>**(*admitted pro hac vice*)**<br>michael.mccutcheon@bakermckenzie.com<br>**Patricia Mathy, Esq. – (*admitted pro hac vice*)**<br>patricia.mathy@bakermckenzie.com<br>BAKER & McKENZIE LLP<br>300 East Randolph Street, Suite 5000<br>Chicago, Illinois 60601<br>Telephone: (312) 861-8000<br>Facsimile: (312) 698-2681<br><br>*Attorneys for Booking Holdings Inc. and Booking.com B.V.* |

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 19-22629-CIV-MORENO

DIEGO TRINIDAD, *individually and on behalf of all others similarly situated*,

        Plaintiff,

vs.

EXPEDIA, INC.,

        Defendant.
_____/

## ORDER DISMISSING CERTAIN DEFENDANTS FOLLOWING THE AMENDED COMPLAINT

THIS CAUSE came before the Court upon a *sua sponte* review of the record.

THE COURT has reviewed the Amended Complaint **(D.E. 15)**, filed on **September 27, 2019**, considered the pertinent portions of the record, and is otherwise fully advised in the premises. In light of omitting certain Defendants in the Amended Complaint, it is

**ADJUDGED** that the following Defendants are **DISMISSED**: TRIVAGO GMBH, Booking.Com.B.V., Grupo Hotelero Gran Caribe, Corporacion de Comercio y Turismo Internacional Cubanacan S.A., Grupo de Turismo Gaviota S.A., Raul Doe 1-5, and Mariela Roe 1-5.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th of November 2019.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

# Exhibit A