IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22529-CMA

MARICELA MATA, BIBIANA
HERNANDEZ, and JOSE RAMON LÓPEZ
REGUEIRO, as individuals and
on behalf of all others similarly situated,

v.

EXPEDIA, INC., HOTELS.COM L.P.,
HOTELS.COM GP, LLC, ORBITZ, LLC,
TRAVELOCITY.COM, LP,
BOOKING.COM B.V., BOOKING
HOLDINGS INC.,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF TRAVELOCITY.COM, LP

    Maricela Mata, Bibiana Hernandez, and José Ramón López Regueiro, individually and on behalf of all others similarly situated ("Plaintiffs"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), provide notice that Plaintiffs voluntarily dismisses this action <u>solely as to</u> Travelocity.com, LP ("Travelocity"), without prejudice, with each party to bear their own fees and costs. Travelocity has not yet filed an answer or a motion for summary judgment in this action.

Dated: December 23, 2019

                                                **RIVERO MESTRE LLP**
                                                2525 Ponce de Leon Blvd. Suite 1000
                                                Coral Gables, Florida 33134
                                                Telephone: (305) 445-2500
                                                Facsimile: (305) 445-2505
                                                E-mail: arivero@riveromestre.com
                                                E-mail: jmestre@riveromestre.com
                                                E-mail: arolnick@riveromestre.com
                                                Email: amcgovern@riveromestre.com
                                                E-mail: crodriguez@riveromestre.com

By:     Andrés Rivero
ANDRÉS RIVERO
Florida Bar No. 613819
JORGE A. MESTRE
Florida Bar No. 88145
ALAN ROLNICK
Florida Bar No. 715085
AMANDA M. MCGOVERN
Florida Bar No. 964263
CARLOS A. RODRIGUEZ
Florida Bar No. 0091616

**MANUEL VAZQUEZ, P.A.**
2332 Galiano St., Second Floor
Coral Gables, Florida 33134
Telephone: (305) 445-2344
Facsimile: (305) 445-4404
E-mail: mvaz@mvazlaw.com

By:     Manuel Vazquez
MANUEL VAZQUEZ
Florida Bar No. 132826

## CERTIFICATE OF SERVICE

    I certify that on December 23, 2019, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Andrés Rivero
Andrés Rivero

2