UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-22529-CIV-ALTONAGA/Goodman

**MARICELA MATA**; *et al.*,

    Plaintiffs,
v.

**EXPEDIA, INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Meliá Hotels USA, LLC's Renewed Motion for Entry of Order Dismissing Certain Parties Following the Second Amended Complaint [ECF No. 82], filed December 31, 2019, and the Court's Order [ECF No. 83]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The following Plaintiffs are **DISMISSED**: Mario Echevarria, Esther Sanchez, Consuelo Cuevas, Carmen Florido, Margarita Perkins, Ana M. Perez Perkins, Elena Susy Perez Perkins, Maria Del Carmen Perkins, Ricardo Perkins, Paul Perkins, Bill Perkins, Esther Perkins, Luis A. Perkins, Silvia Milian, Santiago D. Milian, Patricia A. Milian, Edward G. Milian, Susan M. Blackmon, Cristina M. Ganz, Rosa Maria Fernandez Milian, Ingrid Fernandez Milian, Jaime Fernandez Milian, Alex Fernandez Milian, Vivian Viurrun Farrell, Bertha Eugenia Bustamante, Raoul G. Cantero, Anuka G. Cantero, Mario G. Cantero, Eugenio Cantero, Adriana Cantero, Maria De Lourdes Cantero, Evelio Angulo Ramos, Silvia Angulo Ramos, Yoan Arturo Angulo Ledon, and Martha L. Garcia Angulo.

CASE NO. 19-22529-CIV-ALTONAGA/Goodman

2. The following Defendants are **DISMISSED** without prejudice: Meliá Hotels International, S.A., Meliá Hotels USA LLC, Trivago GMBH, Grupo Hotelero Gran Caribe, Corporacion de Comercio y Turismo Internacional Cubanacan S.A., Grupo de Turismo Gaviota S.A., Raul Doe 1-5, and Mariela Roe 1-5. Counsel for the dismissed Defendants shall be removed from the service list.

3. The Clerk of the Court shall modify the caption of this case to read *Maricela Mata, et al. v. Expedia, Inc., et al.*

**DONE AND ORDERED** in Miami, Florida, this 2nd day of January, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record