UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-22529-CIV-ALTONAGA

**MARICELA MATA**, *et al.*,

      Plaintiffs,
v.

**EXPEDIA, INC.**; *et al.*,

      Defendants.
_____/

## ADMINISTRATIVE ORDER CLOSING CASE

      **THIS CAUSE** came before the Court on Agreed Joint Motion of All Parties for the Adjournment of the Jurisdictional Discovery Deadlines, filed on March 13, 2020 [ECF No. 119]. The parties seek a continuance of jurisdictional discovery deadlines because of Coronavirus-related travel restrictions, closure of the Booking Defendants' offices, the Booking Defendants' inability to meet with and prepare their designated Rule 30(b)(6) representatives for their depositions, and Plaintiffs' inability to take those depositions. (*See generally id.*). Given it is impossible to proceed with the orderly progress of the case due to the uncertainty regarding the duration of travel restrictions, and to conserve the parties' and judicial resources, it is

      **ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only. All motions are denied as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon court order following motion of a party advising all parties are ready to proceed and supplying a revised scheduling report for the conclusion of jurisdictional discovery. This Order shall not prejudice the rights of the parties to this litigation.

CASE NO. 19-22529-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 13th day of March, 2020.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record