**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 19-22529-CIV-ALTONAGA**

**MARICELA MATA**, *et al.*,

    Plaintiffs,

v.

**EXPEDIA, INC.**; *et al.*,

    Defendants.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the Motion to Withdraw filed by Plaintiffs' counsel, the law firm of Rivero Mestre LLP [ECF No. 126]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Carlos A. Rodriguez is terminated as counsel for the Plaintiffs and shall have no further responsibility in this matter. The Clerk is directed to remove Carlos A. Rodriguez from the service list.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2021.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record