IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-22529-FAM

MARICELA MATA, BIBIANA
HERNANDEZ, JOSE RAMON LÓPEZ
REGUEIRO,

v.

EXPEDIA, INC., HOTELS.COM L.P.,
HOTELS.COM GP, LLC, ORBITZ, LLC,

    defendants.
_____/

## **PLAINTIFFS' RENEWED MOTION TO REOPEN CASE**

Plaintiffs Maricela Mata, Bibiana Hernandez, and Jose Ramon López Regueiro (collectively, the "Owners"), in accordance with the Court's Order dated February 14, 2025 (ECF No. 131) respectfully submit their renewed motion to reopen this case. As set forth below, the Owners have conferred with the remaining defendants, Expedia Group, Inc. Hotels.com L.P., Hotels.com GP, LLC, and Orbitz, LLC, (the "Expedia defendants") who do not oppose this motion.

The Owners commenced this case as a class action against Trivago, a subsidiary of defendant Expedia Group, Inc. on June 18, 2019, one month after the 23-year presidential suspension of Title III was lifted. On December 9, 2019, Owners Mata, Hernandez, and Regueiro filed the Second Amended Class Action Complaint for Damages (the "Operative Complaint"), ECF No. 63, which streamlined the case by dropping 37 named plaintiffs (including Echeverria) and three foreign defendants, while adding the Expedia defendants, Booking.com B.V., and Booking Holdings, Inc. (collectively, the "Booking defendants").

On December 23, 2019, the Expedia and Booking defendants moved to dismiss the Operative Complaint, in part for a purported lack of personal jurisdiction.[1] On December 26, 2019, the Court (1) denied the motion to dismiss without prejudice, (2) stayed merits discovery, and (3) permitted jurisdictional discovery. Order, ECF No. 80.

The parties then engaged in jurisdictional discovery and, on March 3, 2020, the Expedia defendants waived their objection to specific personal jurisdiction.[2] Soon thereafter, the case went into hibernation because of the Covid-19 pandemic. On March 13, 2020, the Owners and Booking defendants jointly moved to adjourn the jurisdictional discovery deadlines for 60 days because of difficulties in taking depositions during a world-wide lockdown.[3] In response, the Court directed the Clerk of Court to mark the case closed for statistical purposes and denied all pending motions as moot.[4] The Court retained jurisdiction and ordered the case to be restored "to the active docket upon court order following motion of a party advising all parties are ready to proceed and supplying a revised scheduling report for the conclusion of jurisdictional discovery."

Other Title III cases that were not administratively closed during the Covid lockdown brought issues of first impression before courts of the Eleventh Circuit in ensuing years, and plaintiffs waited to move to reopen this case until some of those issues were resolved. *E.g.*, *Del Valle v. Trivago GMBH*, 56 F.4th 1265 (11th Cir. 2022) (overruling these defendants' challenges to personal jurisdiction); *Del Valle v. Trivago GMBH*, No. 23-12966 (11th Cir.), *appeal docketed*

---

[1] Defs' Joint Mot. to Dismiss the Second Am. Class Action Compl., ECF No. 78.
[2] The Expedia Entities' Am. Notice of Waiver of Objs. to Specific Personal Jurisdiction in This Case, ECF No. 107.
[3] Agreed Joint Mot. of All Parties for the Adjournment of the Jurisdictional Discovery Deadlines 1, ECF No. 119.
[4] Administrative Order Closing Case 1, ECF No. 122.

Sept.7, 2023; *Garcia-Bengochea v. Carnival Corp.*, 57 F.4th 916 (11th Cir. 2023); *Havana Docks Corp. v. Carnival Corp.*, 592 F. Supp. 3d 1088 (S.D. Fla. 2022) (granting plaintiff's summary judgment motion on liability); *Havana Docks v. Carnival Corp.*, 2022 WL 18024839 (S.D. Fla. 2022) (entering final judgment after damages trial), *appeal docketed*, No. 23-10305 (11th Cir. Jan. 30, 2023); *Regueiro v. Am. Airlines*, No. 23-12658 (11th Cir.), *appeal docketed* Aug. 8, 2023 (Oral argument occurred on September 10, 2024.). While this case was suspended, the Owners reached a settlement agreement with the Booking defendants and, on December 28, 2023, filed a notice of voluntary dismissal as to them. *See* Stipulation of Partial Voluntary Dismissal, ECF No. 129.

The Owners have conferred with the Expedia defendants and advised them of the Owners' readiness to proceed. The Expedia defendants have no objection to the case being reopened. In compliance with the Court's Order dated February 14, 2025 (ECF No. 131), a revised discovery plan and proposed scheduling order are attached as **Composite Exhibit A**.

## CONCLUSION

For these good and sufficient reasons, plaintiffs respectfully request that the Court reopens this case.

## Local Rule 7.1 Certification

In accordance with S.D. Fla. L. R. 7.1(a)(3), on February 4, 2025, plaintiffs' counsel contacted defendants' counsel and advised them of the Owners' readiness to proceed. The Expedia defendants have no objections to the case being reopened.

Dated: May 1, 2025

                                          Respectfully submitted,

                                          **RIVERO MESTRE LLP**
                                          2525 Ponce de Leon Blvd., Suite 1000

        Coral Gables, Florida 33134
        Telephone: (305) 445-2500
        Facsimile: (305) 445-2505
        E-mail: arivero@riveromestre.com
        E-mail: jmestre@riveromestre.com
        E-mail: amalave@riveromestre.com
        E-mail:strujillo@riveromestre.com

By:  s/ Andrés Rivero
    ANDRÉS RIVERO
    Florida Bar No. 613819
    JORGE A. MESTRE
    Florida Bar No. 88145
    ANA C. MALAVE
    Florida Bar No. 83839
    SYLMARIE TRUJILLO
    Florida Bar No. 112768

and

**MANUEL VAZQUEZ, P.A.**
2332 Galiano St., Second Floor
Coral Gables, Florida 33134
Telephone: (305) 445-2344
Facsimile: (305) 445-4404
E-mail: mvaz@mvazlaw.com

By:  /s Manuel Vazquez
    MANUEL VAZQUEZ
    Florida Bar No. 132826

## **CERTIFICATE OF SERVICE**

I certify that on May 1, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify that this document is being served today on all counsel of record by transmission of Notice of Electronic Filing generated by CM/ECG.

      s/ Andrés Rivero
      ANDRÉS RIVERO