UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:19-cv-22529-ALTONAGA/REID

**Maricela Mata**, **Bibiana Hernandez**, **Jose Ramon López Regueiro**, **Mario Echevarría**, **Aureliano A. Echevarria**, and **Maria Echevarría Ochoa**,

Plaintiffs,

v.

**Expedia Group, Inc.**, **Expedia, Inc.**, **Hotels.com L.P.**, **Hotels.com GP, LLC**, and **Orbitz, LLC**,

Defendants.

## DEFENDANTS' WITNESS LIST

Pursuant to Local Rule 16.1(d) and Federal Rule of Civil Procedure 26(a)(3), Defendants Expedia Group, Inc., Expedia, Inc., Hotels.com L.P., Hotels.com GP, LLC, and Orbitz, LLC submit the following list of witnesses that may be called to testify at trial in this case, either live or by deposition. Defendants reserve their right not to call at trial any of the persons on the list, to call witnesses in a different order than specified below, as well as to call as witnesses at trial persons not on this list for rebuttal, impeachment, foundation for admissibility or authenticity of evidence, or any other purpose, including to address or respond to Plaintiffs' evidence or opinions. Defendants also reserve the right to call any witness listed on Plaintiffs' witness list, to amend this list in light of any forthcoming pretrial Orders, to amend or supplement this list as evidence and arguments are presented at trial, and to designate portions of the deposition transcript of any person deposed in this matter or deposed in *Echevarría v. Expedia Grp., Inc.*, No. 19-cv-22620, consolidated with No. 19-cv-22621 (together, "*Echevarria I*"), pursuant to Federal Rule of Civil Procedure 32(a)(8).

As indicated on this list, Defendants may call several witnesses either live or by deposition. For witnesses that Defendants may call by deposition, Defendants have served deposition designations to Plaintiffs pursuant to the parties' agreed schedule for pretrial exchanges. The disclosure on this list that a witness may be called by deposition and the designation of their deposition

testimony does not waive or alter Defendants' right to call that witness to testify live at trial, and Defendants reserve the right to withdraw the designations for any witness Defendants call live.

For witnesses Defendants will call or may call live only, Defendants have not designated any deposition testimony. However, if Plaintiffs are permitted to play the deposition testimony of any of those witnesses during Plaintiffs' case in chief, Defendants reserve the right to designate and introduce deposition testimony for such witness at that time.

To the extent any witnesses under subpoena to attend trial in person fail or are unable to comply with that subpoena, or are otherwise rendered unavailable under Federal Rule of Civil Procedure 32(a)(4), Defendants reserve the right to designate and introduce deposition testimony for such witnesses at that time.

| # | Name/Address | Case | Will Call/May Call | Live/Deposition |
|---|---|---|---|---|
| 1 | **Ruth Barker**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | W | Live and/or Dep.[1] |
| 2 | **Marc-Antoine Blain**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Echevarria | M | Live and/or Dep.[2] |
| 3 | **Alejandro Juan Delgado**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 4 | **Ambar Diaz[3] – Expert Witness**<br>SMG&Q<br>201 Alhambra Circle<br>Suite 1205<br>Coral Gables, FL 33134 | Both | M | Live |

[1] Should Defendants call Ms. Barker by deposition, they will play a clip from the deposition testimony she provided in *Echevarria I* pursuant to Federal Rule of Civil Procedure 32(a)(8).

[2] Should Defendants call Mr. Blain by deposition, they will play a clip from the deposition testimony he provided in *Echevarria I* pursuant to Federal Rule of Civil Procedure 32(a)(8).

[3] Even if Defendants do not call Ms. Diaz to testify in front of the jury, the Court may rely on Ms. Diaz's expert report or testimony under Federal Rule of Civil Procedure 44.1 regardless.

| | | | | |
|---|---|---|---|---|
| 5 | **Julio Echevarria**<br>c/o Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd, Suite 1000<br>Coral Gables, Florida 33134<br>Tel: (305) 445-2500 | Echevarria | M | Live |
| 6 | **Mario Echevarria**<br>c/o Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd, Suite 1000<br>Coral Gables, Florida 33134<br>Tel: (305) 445-2500 | Echevarria | M | Live |
| 7 | **Carmen Florido**<br>c/o Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd, Suite 1000<br>Coral Gables, Florida 33134<br>Tel: (305) 445-2500 | Echevarria | M | Live |
| 8 | **Dana Guiloff**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 9 | **Maximilian Halasz – Expert Witness**<br>Kaufman, Rossin & Co.<br>3310 Mary Street, Suite 501<br>Miami FL 33133 | Both | W | Live |
| 10 | **Amanda Hulbert**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701 | Both | M | Live and/or Dep.[4] |
| 11 | **John P. Lancet – Expert Witness**<br>Senior Managing Direct, Practice Leader – Southeast and Caribbean Regions HVS<br>7561 SW 175 St<br>Miami, FL 33157 | Both | M | Live |
| 12 | **Yoan Arturo Angulo Ledon**<br>15559 SW 110th Terr.,<br>Miami, FL 33196<br>305-733-7941<br>yoan.1972@hotmail.com<br>(512) 495-6300 | Echevarria | M | Live |
| 13 | **Mike Marron**<br>c/o David D. Shank | Both | W | Live |

[4] Should Defendants call Ms. Hulbert by deposition, they will play a clip from the deposition testimony she provided in *Echevarria I* pursuant to Federal Rule of Civil Procedure 32(a)(8).

| | | | | |
|---|---|---|---|---|
| | Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | | | |
| 14 | **Anthony Mata**<br>c/o Francisco R. Maderal<br>Maderal Byrne & Furst PLLC<br>2800 Ponce De Leon Blvd, Suite 1100<br>Coral Gables, Florida 33134<br>Tel: (305) 520-5690 | Mata | M | Live |
| 15 | **Maricela Mata**<br>c/o Francisco R. Maderal<br>Maderal Byrne & Furst PLLC<br>2800 Ponce De Leon Blvd, Suite 1100<br>Coral Gables, Florida 33134<br>Tel: (305) 520-5690 | Mata | M | Live |
| 16 | **Christine McDonald**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Echevarria | M | Dep.[5] |
| 17 | **Joseph D. Morse**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 18 | **Gregg Omoto**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 19 | **Paula Payne**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Echevarria | W | Live and/or Dep.[6] |
| 20 | **Vinod Ponnusamy**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701 | Both | W | Live and/or Dep. |

[5] Should Defendants call Ms. McDonald by deposition, they will play a clip from the deposition testimony she provided in *Echevarria I* pursuant to Federal Rule of Civil Procedure 32(a)(8).

[6] Should Defendants call Ms. Payne by deposition, they will play a clip from the deposition testimony she provided in *Echevarria I* pursuant to Federal Rule of Civil Procedure 32(a)(8).

| | | | | |
|---|---|---|---|---|
| | (512) 495-6300 | | | |
| 21 | **Evelio Angulo Ramos**<br>12361 Equine Lane<br>Wellington, FL 33414<br>954-461-7243<br>dragonsclaw3@aol.com<br>(512) 495-6300 | Echevarria | M | Live |
| 22 | **Enrique Reboredo**<br>c/o Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd, Suite 1000<br>Coral Gables, Florida 33134<br>Tel: (305) 445-2500 | Echevarria | M | Live |
| 23 | **Yoanka Rodriguez**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 24 | **Esther Sanchez**<br>c/o Andres Rivero<br>Rivero Mestre LLP<br>2525 Ponce De Leon Blvd, Suite 1000<br>Coral Gables, Florida 33134<br>Tel: (305) 445-2500 | Echevarria | M | Live |
| 25 | **Harpreet Singh**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | M | Live |
| 26 | **Ravi Kiran Tummala**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | W | Live and/or Dep. |
| 27 | **Ricardo Valdes**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | W | Live |
| 28 | **Matthew Wagner**<br>c/o David D. Shank<br>Scott Douglass & McConnico, LLP<br>303 Colorado Street, Suite 2400<br>Austin, Texas 78701<br>(512) 495-6300 | Both | W | Live |

Dated: July 10, 2026.

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

By: ______________________________
David D. Shank (*pro hac vice*)
Texas Bar No. 24075056
dshank@scottdoug.com
Cheryl Joseph (*pro hac vice*)
Texas Bar No. 24104015
cjoseph@scottdoug.com
Jane Webre (*pro hac vice*)
Texas Bar No. 21050060
jwebre@scottdoug.com
Lauren Ditty (*pro hac vice*)
Texas Bar No. 24116290
lditty@scottdoug.com
Rebecca Jahnke (*pro hac vice*)
Texas Bar No. 24129982
bjahnke@scottdoug.com
Mary Byars Bailey (*pro hac vice*)
Texas Bar No. 24097443
mbailey@scottdoug.com
Santosh Aravind (*pro hac vice*)
Texas Bar No. 24095052
saravind@scottdoug.com
Morgan Menchaca (*pro hac vice*)
Texas Bar No. 24103877
mmenchaca@scottdoug.com

AKERMAN LLP
Three Brickell City Centre
98 Southeast Seventh Street, Suite 1100
Miami, FL 33131
(305) 374-5600 Telephone
(305) 349-4656 Facsimile
By: *s/Lorayne Perez*
Lorayne Perez
Florida Bar No. 085265
lorayne.perez@akerman.com